IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Kanapesky,  *Plaintiff,*  v.  Township of East Brandywine, et al.,  *Defendants.* | CIVIL ACTION NO. 24-6520 |

## ORDER

**AND NOW**, this 23rd day of July 2025, upon consideration of the Township's Motion to Dismiss (ECF No. 25), and Kanapesky's Response (ECF No. 27), it is **ORDERED** that the Motion is **GRANTED**. Kanapesky's federal claims are **DISMISSED with prejudice**. His state-law claim is **DISMISSED without prejudice**. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.